Argued and submitted August 30, 1991, affirmed February 12, reconsideration denied April 1, petition for review pending 1992

## HOWARD COLLINS,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
*Respondent.*

(90-C-11630; CA A67259)

825 P2d 655

Cynthia M. Hogan, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM